UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENDALL GARLAND,<br>    Plaintiff,<br><br>  v.<br><br>ROBERT G. BONDS,<br>BENJAMIN MALLOW, and the<br>CITY OF PHILADELPHIA,<br>    Defendants. | :<br>:<br>:<br>:  No. 2:19-cv-01874<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 5th day of May, 2020, upon consideration of Plaintiff's motion for summary judgment, *see* ECF Nos. 14, 25,[1] and Defendants' cross-motions for summary judgment *see* ECF Nos. 27, 29, and for the reasons set forth in the Opinion issued on this date,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for summary judgment, ECF Nos. 14, 25, is **DENIED.**

2. Defendants' cross-motions for summary judgment, ECF Nos. 27, 29, are **GRANTED.**

3. Plaintiff's motion at ECF No 26 is **DISMISSED, as moot.**

4. This case is **CLOSED.**

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*_____
                JOSEPH F. LEESON, JR.
                United States District Judge

---

[1]  As explained in the accompanying Opinion, the Court treats Plaintiff's two motions for summary judgment as a single motion.